UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
AT INDIANAPOLIS

| | |
|---|---|
| RAYMOND STROMINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:15-cv-01654-TWP-MPB |
| | ) |
| INDIANA DEPT. OF CORRECTION, | ) |
| LT. NICHOLSON, | ) |
| | ) |
| Defendants. | ) |

> APPROVED
> By Judge Tanya Walton Pratt at 9:12 am, Mar 28, 2017

## APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL

Curtis T. Hill, Jr., Attorney General of Indiana, notifies the Court that Jill E. Esenwein, Deputy Attorney General, shall be substituted as counsel for Defendants, Indiana Department of Correction ("IDOC"), and Lt. Nicholson, and that the appearance of Brian L. Park, Deputy Attorney General, shall be withdrawn.

I, the below-signed, state that I am admitted to practice in this Court.

Enter my appearance as counsel, in this case for Defendants, Indiana Department of Correction ("IDOC"), and Lt. Nicholson.

Respectfully submitted,

CURTIS T. HILL, Jr.
Attorney General of Indiana
Atty. No. 13999-20

Date: March 27, 2017     By:   *s/Jill E. Esenwein*
Jill E. Esenwein
Deputy Attorney General
Atty. No. 34291-20

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2017 a copy of the foregoing was filed electronically using the Court's CM/ECF system. Parties may access this filing using the Court's system. I hereby further certify that on March 27, 2017 copy of the foregoing was served upon, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Raymond Strominger
IDOC # 16081
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064

*s/ Jill E. Esenwein*
Jill E. Esenwein
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234- 7019
Fax: (317) 232-7979
Email: Jill.Esenwein@atg.in.gov